IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 JAN 23 A 9: 27

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Calvin Davis Jr. )
_____ )
**Full name and prison number** )
**of plaintiff(s)** )
 )
v. )   CIVIL ACTION NO. 2:07CV69-WKW
 )   (To be supplied by Clerk of
Willie Vaughner )    U.S. District Court)
Rufus Haralson )
Larua Gresham )
_____ )
 )
_____ )
 )
**Name of person(s) who violated** )
**your constitutional rights.** )
**(List the names of all the** )
**persons.)** )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT John Hullet Detention Center Lowndes County Alabama

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lowndes County Alabama

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                           ADDRESS   LCSO
1. Willie Vaughner - 653 State Hwy 21 South Hayneville Al. 36040
2. Inv. Rufus Haralson -
3. Capt. Larua Gresham -
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Tuesday August 8, 2006 - Wensday Jan. 10, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: That I'm being denied Do Process & also my case is not being handle properly an I was indicted under false terms.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

For one allowing Inv. Haralson to send my case to the grandjury under a false arrest report an not reporting this alleged offense to the proper officials The ABI - Also being denied Do Process

**GROUND TWO:** Inv. Harulson signed the arrest warrant June 1, 2006 saying that he arrested me an placed me in LCJ.

**SUPPORTING FACTS:** Now how's that when I was in custody at the Montgomery Detention Center an I didn't get arrested and brought here until Wensday August 9, 2006. So with that false arrest date I got indicted this term 2 years after the alleged offense an one day before I got arrested with false information

**GROUND THREE:** Being denied my right to proper medical attention an to have legal papers notarized and copied

**SUPPORTING FACTS:** I have filed several requests to go to the doctor an I quote Capt. Gresham when she said Oh ain't nothing wrong with you just take two tyenol. Note: You have to buy tyenol from them. Also I was told that they can't copy an get legal papers notarized for inmates in this facility

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

For one Check into this County Officals wrong doing an abuse of there authority.

_James C. Davis Jr._
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 1-18-07
(Date)

_James C. Davis_
Signature of plaintiff(s)

4

James C. Davis Jr.
P.O. Box 157-A-Dorm
Hayneville, AL 36040

THIS MAIL IS FROM
THE LOWNDES CO. JAIL

United States District Court
P.O. Box 711
Montgomery, AL 36101

