**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Laura Gresham, Captain
John Hullet Detention Center
P.O. Box 157
Hayneville, AL 36040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery: 1-26-07

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

07CV69
proc order + cmp

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0002 8193 2443

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540