IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES CALVIN DAVIS, JR. | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-69-WKW |
| WILLIE VAUGHNER, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon review of the docket, it is

ORDERED that on or before March 22, 2007 Defendant Gresham shall SHOW CAUSE for failing to file a written report and answer to the complaint as directed by order entered January 24, 2007.

It is further

ORDERED that on or before March 22, 2007 Defendant Gresham shall file her answer and written report to the complaint as directed by the court's January 24, 2007 order.

Done, this 13th day of March 2007.

          /s/ Wallace Capel, Jr.
      WALLACE CAPEL, JR.
      UNITED STATES MAGISTRATE JUDGE