**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAMES CALVIN DAVIS, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | )   Civil Action No. 2:07-cv-69-WKW |
| | ) |
| **WILLIE VAUGHNER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Lowndes County, Alabama Sheriff's Department Captain Laura Gresham, the Defendant in the above-styled cause, by and through her undersigned counsel, and, in response to this Court's March 13, 2007 Order to show cause why Defendant has failed to respond to the Plaintiff's Complaint, states as follows:

1.  The undersigned counsel for the Defendant has just today received the above-referenced lawsuit;

2.  The gathering of information with which to respond to the Plaintiff's allegations will take several weeks in order that a full and complete response may be made; and

3.  The Plaintiff will in no way be prejudiced by this extension of time.

WHEREFORE, Defendant Gresham submits the above in response to this Court's Order to Show Cause, and respectfully requests an extension of time up to and including April 27, 2007 in which to respond to the Plaintiff's Complaint in this matter.

Respectfully submitted this the 28th day of March, 2007.

    s/Daryl L. Masters
    DARYL L. MASTERS, Bar No. MAS018
    Attorney for Defendant Laura Gresham
    WEBB & ELEY, P.C.
    Post Office Box 240909
    7475 Halcyon Pointe Dr. (36117)
    Montgomery, Alabama  36124
    Telephone:  (334) 262-1850
    Fax:  (334) 262-1889
    E-mail:  rrobertson@webbeley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

James Calvin Davis, Jr.
John Hullet Detention Center
P. O. Box 157
Hayneville, AL  36040

    s/Daryl L. Masters
    OF COUNSEL