IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CALVIN DAVIS, JR.          *

    Plaintiff,                        *

      v.                             *                2:07-CV-69-WKW

LAURA GRESHAM                     *

    Defendant.                       *

_____

**ORDER ON MOTION**

Upon consideration of Defendant's response to the court's March 13, 2007 order to show cause,  also construed as containing a request for additional time to comply with the court's January 24, 2007 order of procedure, and for good cause, it is ORDERED that:

1. Defendant's Motion for Extension of Time (Doc. No. 9) is GRANTED; and

2.  Defendant is GRANTED an extension *nunc pro tunc* from March 22, 2007 to April 27, 2007 to file her answer and written report to the instant complaint.

Done, this 29th day of March 2007.

           /s/ Wallace Capel, Jr.
          WALLACE CAPEL, JR.
          UNITED STATES MAGISTRATE JUDGE