IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES CALVIN DAVIS, JR.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Civil Action No. 2:07-cv-69-WKW |
| | ) |
| **WILLIE VAUGHNER, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW Lowndes County, Alabama Sheriff's Department Captain Laura Gresham, the Defendant in the above-styled cause, and moves this honorable Court for an extension of time in which to file her Special Report and Answer. As reasons for so moving, e Defendant states the following:

1. Defense counsel is in need of additional time to obtain and review additional documents from the Defendant in order to provide the Court with a meaningful Special Report.

2. The Plaintiff will not be prejudiced by this two-week extension.

WHEREFORE, Defendant requests this Court to grant her an extension of time to file her Special Report and Answer on or before May 11, 2007.

Respectfully submitted this the 18th day of April, 2007.

                                                  **s/Daryl L. Masters**
                                                  DARYL L. MASTERS, Bar No. MAS018
                                                  Attorney for Defendant Laura Gresham
                                                  WEBB & ELEY, P.C.
                                                  Post Office Box 240909
                                                  7475 Halcyon Pointe Dr. (36117)
                                                  Montgomery, Alabama  36124
                                                  Telephone:  (334) 262-1850
                                                  Fax:  (334) 262-1889
                                                  E-mail:  rrobertson@webbeley.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 18th day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

James Calvin Davis, Jr.
John Hullet Detention Center
P. O. Box 157
Hayneville, AL  36040

                                          **s/Daryl L. Masters**
                                          OF COUNSEL