IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES CALVIN DAVIS, JR. | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-69-WKW |
| LAURA GRESHAM | * | |
| Defendant. | * | |

_____

**ORDER**

Plaintiff filed this 42 U.S.C. § 1983 action on January 23, 2007. At the time he filed this complaint, Plaintiff was incarcerated at the John Hullet Detention Center located in Hayneville, Alabama. On April 26, 2007 the envelope containing Plaintiff's copy of an order filed April 19, 2007 was returned to the court marked "Return to Sender; Not in Lowndes Co. Jail; Do not send back," because Plaintiff was no longer at the most recent address he had provided to the court.

All parties have an affirmative duty to inform this court of any change of address during the pendency of their actions. Plaintiff received notice of this requirement in the court's January 24, 2007 order of procedure. (*See* Doc. No. 4, ¶6(h)).

Upon review of the pleadings filed in the instant matter, it is clear that the court file does not contain an alternate address for Plaintiff and that he has not provided this court with a current address. Accordingly, the court concludes that Plaintiff shall be granted an

opportunity to show cause why his complaint should not be dismissed for his failures to comply with the orders of the court and to prosecute this action.

Accordingly, it is ORDERED that:

1. On or before **May 7, 2007** Plaintiff shall SHOW CAUSE why his complaint should not be dismissed for his failures to prosecute this action and comply with the order of the undersigned that he keep the court apprised of his current address. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation that his complaint be dismissed without prejudice;

2. The directive that Defendant file an answer and written report to Plaintiff's complaint be held in ABEYANCE pending Plaintiff's response to the instant order; and

3. The Clerk of Court SEND copy of this order to Plaintiff at his last known address.

Done, this 27th day of April 2007.

        /s/ Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE